MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel.: (212) 309-6000
Fax: (212) 309-6001
*Attorneys for Defendant American Airlines, Inc. and American Eagle Airlines, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
LOURDES GUILBE,                                        :
                                                       :   11 CV 9661 (ALC)(KNF)
    Plaintiff,                                         :
                                                       :
    v.                                                 :   **DEFENDANTS'**
                                                       :   **NOTICE OF**
                                                       :   **LIFTING STAY**
AMERICAN AIRLINES/                                     :
AMERICAN EAGLE AIRLINES, INC.'S                        :
                                                       :
    Defendant.                                         :
-------------------------------------------------------x

## NOTICE OF TERMINATION OF AUTOMATIC STAY

PLEASE TAKE NOTICE that on December 29, 2011, Plaintiff Lourdes Guilbe ("**Plaintiff**") commenced this action against American Airlines, Inc. ("American") and American Eagle Airlines, Inc. ("American Eagle") (collectively, "Defendants") asserting employment discrimination claims.

PLEASE TAKE FURTHER NOTICE beginning on December 29, 2011, AMR Corporation and its related debtors, as debtors and debtors in possession (collectively, the "**Debtors**") each commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The Debtors' chapter 11 cases are jointly administered under case number 11-15463 (SHL).

PLEASE TAKE FURTHER NOTICE the commencement of the Debtors' chapter 11 cases triggered the automatic stay set forth under section 362(a) of the Bankruptcy Code, which "operates as a stay applicable to all entities of – (1) the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the" bankruptcy case. 11 U.S.C. §362(a).

PLEASE TAKE FURTHER NOTICE that on April 3, 2012, the Debtors filed a Suggestion of Bankruptcy with this Court, providing all parties notice of the chapter 11 cases and the automatic stay. This action has remained stayed since that filing.

PLEASE TAKE FURTHER NOTICE that on October 21, 2013, the Bankruptcy Court entered its Findings of Fact, Conclusions of Law, and Order Pursuant to Sections 1129(a) and (b) of the Bankruptcy Code and Rule 3020 of the Federal Rules of Bankruptcy Procedure Confirming Debtors' Fourth Amended Joint Chapter 11 Plan (ECF Nos. 10361, 10367) (the "**Confirmation Order**"), which, among other things, confirmed the Plan.[1]

PLEASE TAKE FURTHER NOTICE that pursuant to the Notice of Occurrence of Effective Date of Debtors' Fourth Amended Joint Chapter 11 Plan annexed hereto as **Exhibit "A,"** the effective date of the Plan was December 9, 2013 (the "**Effective Date**").

---

[1] Due to its volume, American does not attach the Plan or the Confirmation Order to this Notice, however, all documents filed on the docket of the chapter 11 cases are publicly available free of charge at www.amrcaseinfo.com.

2

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 55 of the Confirmation Order, the automatic stay was to remain in effect until the Effective Date.

PLEASE TAKE FURTHER NOTICE that due to the occurrence of the Effective Date the automatic stay is no longer in effect in regard to the above captioned proceeding.

PLEASE TAKE FURTHER NOTICE that any questions in connection with this Notice should be directed to the undersigned counsel.

Dated: January 9, 2014

                    MORGAN LEWIS & BOCKIUS LLP

                    By: _____
                    Melissa C. Rodriguez
                    101 Park Avenue
                    New York, NY 10178
                    *Attorneys for American Airlines, Inc.*
                    *and American Eagle Airlines, Inc.*

Stephen Karotkin
Alfredo R. Pérez
Stephen A. Youngman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors
and Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**                                             :          **Chapter 11 Case No.**
:
**AMR CORPORATION,** *et al.*,                  :          **11-15463 (SHL)**
:
                        Debtors.         :          **(Jointly Administered)**
:
------------------------------------------------------------x

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING**
**DEBTORS' FOURTH AMENDED JOINT CHAPTER 11 PLAN**
**AND (II) OCCURRENCE OF EFFECTIVE DATE**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS,**
**AND OTHER PARTIES IN INTEREST:**

          PLEASE TAKE NOTICE that on October 21, 2013, the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") entered an order (the "**Confirmation Order**") (ECF Nos. 10361,10367) confirming the Debtors' Fourth Amended Joint Chapter 11 Plan (the "**Plan**"), of AMR Corporation and its affiliated debtors (collectively, the "**Debtors**").

          PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.  The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.amrcaseinfo.com.

          PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan (as defined in the Plan) occurred on December 9, 2013, and as a result, the Plan has been substantially consummated.

US_ACTIVE:\44354799\1\14013.0139

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtors, the Reorganized Debtors,[1] any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

PLEASE TAKE FURTHER NOTICE that all proofs of claim arising from the rejection of executory contracts or unexpired leases that have been rejected pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors and the Creditors' Committee, at the addresses set forth in the Confirmation Order, on or before **January 23, 2014**. Any such claims for which a proof of claim has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, or any property to be distributed under the Plan, unless otherwise ordered by the Bankruptcy Court or provided in the Plan.

Dated: New York, New York
       December 9, 2013

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Alfredo R. Pérez
Stephen A. Youngman
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors
and Reorganized Debtors

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Plan.

5

AFFIRMATION OF SERVICE

      I hereby affirm that I caused to be served a true and correct copy of American Airlines, Inc.'s and American Eagle Airlines, Inc.'s NOTICE OF TERMINATION OF AUTOMATIC STAY by regular mail, this 9th day of January 2014, on:

Lourdes Guilbe
P.O. Box 59
New Rochelle, NY 10801
*Pro Se Plaintiff*

                                                        /s/ Melissa C. Rodriguez
                                                      Melissa C. Rodriguez